265 So.2d 778

STATE of Louisiana

v.

Ellen McDaniel FLOOD.

No. 52783.

Sept. 6, 1972.

265 So.2d 778

STATE of Louisiana

v.

Freddie HOLMES.

No. 52812.

Sept. 6, 1972.

The petition of the relator in the above entitled and numbered case having been duly considered:

It is ordered that a writ of certiorari issue herein, directing the Honorable Leonard Greenburg Judge of the Seventeenth Judicial District, Court for the Parish of Terrebonne, to transmit to the Supreme Court of Louisiana, on or before the 10th day of October, 1972, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the relator herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondent through counsel shall show cause, in this court, on the date aforesaid, at 11 o'clock A. M., why the relief prayed for in the petition of the relator should not be granted.

The petition of relator in the above entitled and numbered cause having been duly considered:

It is ordered that all proceedings in this cause be stayed and suspended and that this case be fixed for oral argument before this Court on Tuesday, October 10, 1972 at 11:00 A.M.

It is further ordered that the Honorable Elmo E. Lear, Judge of the Nineteenth Judicial District Court, Parish of East Baton Rouge, transmit the record of this case, in duplicate, or a certified copy of this record in duplicate, to this Court by or before October 10, 1972.

It is further ordered that briefs be filed by counsel for the State and relator in accordance with Amended Rule IX of the Rules of this Court.